FILED
OCT 18 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____VM_____DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:11-MJ-1721-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| V. | )<br>) CRIMINAL INFORMATION |
| BROWN, DOUGLAS W. | )<br>) |

Defendant:

The United States Attorney charges:

### COUNT ONE

THAT, on or about 29 July 2011, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, BROWN, DOUGLAS W., did take, with intent to steal and purloin, property belonging to the United States Government, of a value less than $1,000.00, to wit: video game(s), in violation of Title 18, United States Code, Section 641.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: *(signature)*
STACEY A. GUTHARTZ COHEN
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222